THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, BRYAN QUESENBERRY, <br><br> Plaintiff, <br> v. <br><br> AAA KARTAK, CO., *et al.*, <br><br> Defendants. | CASE NO. C20-1219-JCC <br><br> ORDER <br><br> **FILED UNDER SEAL** |

This matter comes before the Court on the Government's *ex parte* application for an extension of time to consider whether to elect to intervene (Dkt. No. 8). The Government seeks a six-month extension of time in which to notify the Court whether it intends to intervene in this *qui tam* action. (*Id.* at 1.) Under the False Claims Act, the Court may grant an extension "for good cause shown." 31 U.S.C. § 3730(b)(3). Having thoroughly considered the Government's *ex parte* application and the relevant record, the Court finds good cause for an extension. Accordingly, the Court GRANTS the Government's *ex parte* application (Dkt. No. 8) and ORDERS the Government to notify the Court whether the Government will intervene by April 18, 2021. The Court DIRECTS the Clerk to maintain the complaint and other filings in this matter under seal until further order of the Court.

//

1 | DATED this 23rd day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

FILED UNDER SEAL
C20-1219-JCC
PAGE - 2