THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, BRYAN QUESENBERRY,<br><br>Plaintiff,<br>v.<br><br>AAA KARTAK, CO., *et al.*,<br><br>Defendants. | CASE NO. C20-1219-JCC<br><br>ORDER<br><br>**FILED UNDER SEAL** |

This matter comes before the Court on the Government's *ex parte* application for an extension of time to consider whether to elect to intervene (Dkt. No. 13). The Government seeks another six-month extension of time to notify the Court whether it intends to intervene in this *qui tam* action. (*Id.* at 1.) Under the False Claims Act, the Court may grant such an extension "for good cause shown." 31 U.S.C. § 3730(b)(3). Having thoroughly considered the Government's *ex parte* application and the relevant record, the Court finds good cause for an extension here. Accordingly, the Court GRANTS the Government's *ex parte* application (Dkt. No. 13) and ORDERS the Government to notify the Court whether the Government will intervene by April 18, 2022. The Court DIRECTS the Clerk to maintain the complaint and other filings in this matter under seal until further order of the Court.

//

ORDER
C20-1219-JCC
PAGE - 1

1     DATED this 14th day of October 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

FILED UNDER SEAL
C20-1219-JCC
PAGE - 2